UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
AURELIUS CAPITAL PARTNERS, LP and AURELIUS CAPITAL MATER, LTD.,

                  Plaintiffs,

        - against -

THE REPUBLIC OF ARGENTINA,

                  Defendant.
------------------------------------------------------------------ X

07 Civ. 11327 (TPG)

CERTIFICATE OF SERVICE

        I, Andrew M. Scott, an attorney admitted to practice in the State of New York and the Assistant Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, attorneys for The Republic of Argentina, hereby certify that:

        1. On the 15th day of February 2008, the Answer of Defendant The Republic of Argentina was served by First Class Mail upon:

> Walter Rieman, Esq.
> Paul, Weiss, Rifkind, Wharton & Garrison LLP
> 1285 Avenue of the Americas
> New York, New York 10019

        2. This service was made by an assistant managing clerk of this firm under my general supervision.

Dated:   New York, New York
            February 19, 2008

                                                    /s/Andrew M. Scott
                                                       Andrew M. Scott