UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
AURELIUS CAPITAL PARTNERS, LP            :
and AURELIUS CAPITAL MASTER, LTD.,       :           **NOTICE OF APPEARANCE**
                                         :
            Plaintiffs                   :           No. 07 Civ. 2715 (TPG)
                                         :
      -against-                          :
                                         :
THE REPUBLIC OF ARGENTINA,               :
                                         :
            Defendant.                   :
-----------------------------------------------------------------x
AURELIUS CAPITAL PARTNERS, LP            :
and AURELIUS CAPITAL MASTER, LTD.,       :
                                         :
            Plaintiffs                   :           No. 07 Civ. 11327 (TPG)
                                         :
      -against-                          :
                                         :
THE REPUBLIC OF ARGENTINA,               :
                                         :
            Defendant.                   :
-----------------------------------------------------------------x
BLUE ANGEL CAPITAL I, LLC                :
                                         :           No. 07 Civ. 2693 (TPG)
            Plaintiff                    :
                                         :
      -against-                          :
                                         :
THE REPUBLIC OF ARGENTINA,               :
                                         :
            Defendant.                   :
-----------------------------------------------------------------x

        PLEASE TAKE NOTICE that Barry R. Ostrager, Mary Kay Vyskocil and Tyler B. Robinson of the law firm of Simpson Thacher & Bartlett LLP, hereby appear as counsel for Plaintiffs Aurelius Capital Partners, LP, Aurelius Capital Master, Ltd., and Blue Angel Capital I, LLC in this action and request that all subsequent papers be served upon this firm's New York address indicated below.

Dated:       April 25, 2008
                New York, New York

SIMPSON THACHER & BARTLETT LLP

By: /s/ Barry R. Ostrager   BRO 5579
Barry R. Ostrager, Esq.
(bostrager@stblaw.com)
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

SIMPSON THACHER & BARTLETT LLP

By: /s/ Mary Kay Vyskocil   MV-8315
Mary Kay Vyskocil, Esq.
(mvyskocil@stblaw.com)
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

SIMPSON THACHER & BARTLETT LLP

By: /s/ Tyler B. Robinson
Tyler B. Robinson, Esq.
(trobinson@stblaw.com)
CityPoint
One Ropemaker Street
London EC2Y 9HU
United Kingdom
Telephone: +44 (0) 20-7275-6500
Facsimile: +44 (0) 20-7275-6502

Attorneys for Plaintiffs