UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

AURELIUS CAPITAL PARTNERS, LP          :
and AURELIUS CAPITAL MASTER, LTD.,     :      **NOTICE OF APPEARANCE**
                                       :
                 Plaintiffs            :      No.  07 Civ. 2715 (TPG)
                                       :
               -against-               :
                                       :
THE REPUBLIC OF ARGENTINA,             :
                                       :
                 Defendant.            :
----------------------------------------------------------------x
AURELIUS CAPITAL PARTNERS, LP          :
and AURELIUS CAPITAL MASTER, LTD.,     :
                                       :      No.  07 Civ. 11327 (TPG)
                 Plaintiffs            :
                                       :
               -against-               :
                                       :
THE REPUBLIC OF ARGENTINA,             :
                                       :
                 Defendant.            :
----------------------------------------------------------------x
BLUE ANGEL CAPITAL I, LLC              :
                                       :      No.  07 Civ. 2693 (TPG)
                 Plaintiff             :
                                       :
               -against-               :
                                       :
THE REPUBLIC OF ARGENTINA,             :
                                       :
                 Defendant.            :
----------------------------------------------------------------x

       PLEASE TAKE NOTICE that Barry R. Ostrager, Mary Kay Vyskocil and Tyler

B. Robinson of the law firm of Simpson Thacher & Bartlett LLP, hereby appear as counsel for

Plaintiffs Aurelius Capital Partners, LP, Aurelius Capital Master, Ltd., and Blue Angel Capital I,

LLC in this action and request that all subsequent papers be served upon this firm's New York

address indicated below.

Dated:      April 25, 2008
            New York, New York

SIMPSON THACHER & BARTLETT LLP

By: _Barry R. Ostrager_  BRO 5379

Barry R. Ostrager, Esq.
(bostrager@stblaw.com)
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

SIMPSON THACHER & BARTLETT LLP

By: _Mary Kay Vyskocil_  MV-8315

Mary Kay Vyskocil, Esq.
(mvyskocil@stblaw.com)
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

SIMPSON THACHER & BARTLETT LLP

By: _Tyler Robinson_

Tyler B. Robinson, Esq.
(trobinson@stblaw.com)
CityPoint
One Ropemaker Street
London EC2Y 9HU
United Kingdom
Telephone: +44 (0) 20-7275-6500
Facsimile: +44 (0) 20-7275-6502

Attorneys for Plaintiffs