UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | | |
|---|---|---|
| AURELIUS CAPITAL PARTNERS, LP<br>and AURELIUS CAPITAL MASTER, LTD., | : | |
| Plaintiffs | : | No. 07 Civ. 2715 (TPG) |
| -against- | : | |
| THE REPUBLIC OF ARGENTINA, | : | |
| Defendant. | : | |

-----------------------------------------------------------x

| | | |
|---|---|---|
| AURELIUS CAPITAL PARTNERS, LP<br>and AURELIUS CAPITAL MASTER, LTD., | : | |
| Plaintiffs | : | No. 07 Civ. 11327 (TPG) |
| -against- | : | |
| THE REPUBLIC OF ARGENTINA, | : | |
| Defendant. | : | |

-----------------------------------------------------------x

| | | |
|---|---|---|
| BLUE ANGEL CAPITAL I LLC | : | |
| Plaintiff | : | No. 07 Civ. 2693 (TPG) |
| -against- | : | |
| THE REPUBLIC OF ARGENTINA, | : | |
| Defendant. | : | |

-----------------------------------------------------------x

STATE OF NEW YORK      )
                                    : ss.:
COUNTY OF NEW YORK  )


**AFFIDAVIT OF PERSONAL SERVICE**

1. Karli Johnsen, being duly sworn, deposes and says:

   I am over the age of eighteen (18) and am not a party to this action and reside in Hoboken, NJ.

2. That on the 25th day of April, 2008, at approximately, 5:15 p.m. I personally served a copy of:

   **- ORDER TO SHOW CAUSE**
   **- MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' ORDER TO SHOW CAUSE**
   **- OSTRAGER DECLARATION**

   upon:  Jonathan Blackman, Esq.
   Cleary, Gottlieb, Steen & Hamilton
   One Liberty Plaza
   New York, New York 10006

by delivering a true copy thereof with Sue Chung, with the Managing Attorney's Office, of Cleary, Gottlieb, Steen & Hamilton who expressed to me that she was authorized to accept service on behalf of Cleary, Gottlieb, Steen & Hamilton. I describe Sue Chung as an Asian Female with black hair, approximately 32 years old, 5'5" weighing about 135 pounds. To the best of my knowledge, based on information and belief the said recipient, at the time of service, was not engaged in military service of the United States or New York. Recipient wore ordinary civilian clothing and no military clothing.

_Karli Johnsen_
Karli Johnsen

Sworn to before me this
28th day of April 2008.

_Jacqueline Williams_
Notary Public

JACQUELINE WILLIAMS
NOTARY PUBLIC, State of New York
No. 01WI6154284
Qualified in Bronx County
Commission Expires October 23, 2010