UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| AURELIUS CAPITAL PARTNERS, LP<br>and AURELIUS CAPITAL MASTER, LTD., | : | |
| Plaintiffs | : | No. 07 Civ. 2715 (TPG) |
| -against- | : | |
| THE REPUBLIC OF ARGENTINA, | : | |
| Defendant. | : | |

------------------------------------------------------------x

| | | |
|---|---|---|
| AURELIUS CAPITAL PARTNERS, LP<br>and AURELIUS CAPITAL MASTER, LTD., | : | |
| Plaintiffs | : | No. 07 Civ. 11327 (TPG) |
| -against- | : | |
| THE REPUBLIC OF ARGENTINA, | : | |
| Defendant. | : | |

------------------------------------------------------------x

| | | |
|---|---|---|
| BLUE ANGEL CAPITAL I LLC | : | No. 07 Civ. 2693 (TPG) |
| Plaintiff | : | |
| -against- | : | |
| THE REPUBLIC OF ARGENTINA, | : | |
| Defendant. | : | |

------------------------------------------------------------x

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK   )

**AFFIDAVIT OF PERSONAL SERVICE**

1. Jacqueline Williams, being duly sworn, deposes and says:

   I am over the age of eighteen (18) and am not a party to this action and reside in Bronx, NY.

2. That on the 25th day of April, 2008, at approximately, 5:30 p.m. I personally served a copy of:

   **- ORDER TO SHOW CAUSE**
   **- MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' ORDER TO SHOW CAUSE**
   **- OSTRAGER DECLARATION**

   upon:  Kathryn Plemich, Esq.
   Paul, Weiss, Rifkind, Wharton & Garrison LLP
   1285 Avenue of the Americas
   New York, NY 10019-6064

   by delivering a true copy thereof with Kathryn Plemich, the Managing Attorney for the Office of Paul, Weiss, Rifkind, Wharton & Garrison LLP who expressed to me that she was authorized to accept service on behalf of Paul, Weiss, Rifkind, Wharton & Garrison LLP. I describe Kathryn Plemich as a Caucasian Female with brown hair, approximately 32 years old, 5'7" weighing about 135 pounds. To the best of my knowledge, based on information and belief the said recipient, at the time of service, was not engaged in military service of the United States or New York. Recipient wore ordinary civilian clothing and no military clothing.

   _____
   Jacqueline Williams

Sworn to before me this
28th day of April 2008.

_____
Notary Public

*Amanda C. Stewart*
*No. 01ST617148*
*Qualified in Orange County*
*Expires July 23, 20 11*