UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AURELIUS CAPITAL PARTNERS, LP
and AURELIUS CAPITAL MASTER,
LTD.,

                  Plaintiffs,

             - against -

THE REPUBLIC OF ARGENTINA,

                  Defendant.

07 Civ. 11327 (TPG)

**NOTICE OF MOTION FOR
SUMMARY JUDGMENT**

---

Please take notice that upon the accompanying Declaration of Mark D. Brodsky dated April 28, 2008, together with the exhibits annexed thereto, the accompanying Declaration of Charles N. Rose dated April 28, 2008, together with the exhibits annexed thereto, the accompanying Plaintiffs' Local Civil Rule 56.1 Statement of Material Facts as to Which There Is No Genuine Issue to Be Tried, and the accompanying memorandum of law, and upon all the pleadings on file in this matter and the previous orders in which this Court has granted summary judgment to bondholders against the Republic of Argentina, plaintiffs Aurelius Capital Partners, LP ("ACP") and Aurelius Capital Master, Ltd. ("ACM") will move this Court, before the Honorable Thomas P. Griesa, United States District Judge, on a date and at a time to be set by the Court, at the United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, Courtroom 26B, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting summary judgment in favor of ACP and ACM and against defendant the Republic of Argentina on the Complaint in its entirety; awarding ACP damages in the amount of $31,153,000, together with all accrued and unpaid interest, including

capitalized interest, and prejudgment interest; and awarding ACM damages in the

amount of $25,772,000, together with all accrued and unpaid interest, including

capitalized interest, and prejudgment interest; and for such other and further relief as the

Court may deem just and proper.

Dated:    New York, New York
          April 28, 2008

                          Respectfully submitted,


                          PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP


                          By: _____
                              Walter Rieman (wrieman@paulweiss.com)
                            1285 Avenue of the Americas
                            New York, New York 10019-6064
                            (212) 373-3000

                          Attorneys for Plaintiffs


To:    Jonathan I. Blackman, Esq.
       Carmine D. Boccuzzi, Esq.
       CLEARY GOTTLIEB STEEN & HAMILTON LLP
       One Liberty Plaza
       New York, New York 10006

       Attorneys for Defendant